# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00308-CR

**John Frederick Bellard, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2023-816C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due September 1, 2025. On September 11, 2025, this Court sent a notice to counsel informing him that his brief was overdue and that if this Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time by September 22, 2025, the case could be referred to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, this Court has received neither a brief nor motion for extension of time from counsel.

The appeal is therefore abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If

necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than October 24, 2025. *See id.* R. 38.8(b)(3).

It is so ordered October 17, 2025.


Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: October 17, 2025

Do Not Publish